UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA PARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 3:10CV1128(WWE) |
| CHARLES PAPPAS, et al., | ) | |
| | ) | |
| Defendants. | ) | December 7, 2011 |

## RENEWED MOTION FOR DISCLOSURE OF PROPERTY AND ASSETS IN FURTHERANCE OF PREJUDGMENT REMEDY

Pursuant to Rule 64 of the Federal Rules of Civil Procedure and Connecticut General Statutes § 52-278n, Plaintiff Donna Parris hereby moves for an order permitting her to take discovery as to the existence, location, and extent of the Defendants' interests in any assets sufficient to secure (as a prejudgment remedy) the anticipated judgment in this matter.

On December 10, 2010, Ms. Parris moved for a prejudgment remedy to preclude the Defendants from absconding with, hiding, or wasting assets that would otherwise serve to satisfy the default judgment rendered in this matter. *See* Docket No. 24. Relatedly, on March 22, 2011, Ms. Parris moved for an order permitting her to take discovery as to the Defendants' interests in assets that might satisfy the anticipated final judgment in this matter. *See* Docket No. 47. Thereafter, the Court ordered that the "Defendants will not dissipate any existing assets during the pendency of this action" and following a limited asset disclosure by the Defendants, denied as moot Ms. Parris's application for a prejudgment remedy and related motion for discovery. *See* Docket No. 64-65, 83, 85.

-2-

As described more fully in Ms. Parris's renewed application for a prejudgment remedy (*see* Docket No. 89-93, 96), the Defendants are in violation of the Court's non-dissipation order. Accordingly, Ms. Parris has recently sought additional relief from the Court to secure assets sufficient to satisfy the anticipated judgment in this case. Now, for the reasons set forth in her renewed application for a prejudgment remedy (and the materials filed in support thereof), Ms. Parris moves for an order permitting her to take discovery as to the existence, location, and extent of the Defendants' interests in any assets that could serve to satisfy a judgment in this case.

In support this motion, Ms. Parris expressly incorporates the arguments asserted, and authorities and evidence cited, in both her prior motion for discovery and renewed application for a prejudgment remedy (and the materials filed in support thereof). *See* Docket No. 47, 89-93, 96.

WHEREFORE, the Plaintiff requests that the Court grant the instant motion and thereby order that the Plaintiff is permitted to take discovery, including, without limitation, depositions, as to the existence, location and extent of the Defendants' interests in any and all tangible or intangible, real or personal property, or other assets, sufficient to secure such amount ordered by this Court in favor of the Plaintiff and against the Defendants in a ruling on the Plaintiff's pending application for a prejudgment remedy.

DONNA PARRIS, PLAINTIFF

By: __/s/ Michael J. Coolican_____
    Timothy Bennett-Smyth [ct27615]
    Greg J. Kirschner [ct26888]
    THE CONNECTICUT FAIR HOUSING CENTER
    221 Main St., 4th Floor
    Hartford, CT 06106
    Tel: (860) 263-0728
    Fax: (860) 247-4236
    Email: tsmyth@ctfairhousing.org
    Email: greg@ctfairhousing.org

    Michael J. Coolican, Esq. [ct28057]
    BRACEWELL & GIULIANI LLP
    225 Asylum Street, Suite 2600
    Hartford, CT 06103
    Tel: (860) 947-9000
    Fax: (860) 246-3201
    Email: michael.coolican@bgllp.com

    Ben M. Krowicki [ct06153]
    BINGHAM MCCUTCHEN LLP
    One State Street
    Hartford, CT  06103
    Tel.:  860-240-2700
    Fax:  860-240-2800
    Email: ben.krocki@bingham.com

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2011, a copy of the foregoing was filed electronically and served by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                                               By: __/s/ Michael J. Coolican_____
                                                                                      Michael J. Coolican