UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DONNA PARRIS,** | : | No. 3:10cv1128 (WWE) |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CHARLES PAPPAS, et al.,** | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

Upon de novo review and over objection, the Court hereby approves and adopts Magistrate Judge Fitzsimmons's recommended ruling on damages [doc. #112].

The clerk is instructed to enter judgment in plaintiff's favor awarding $112,407 in compensatory damages and $150,000 in punitive damages for a total award of $262,407.  Plaintiff may file a bill of costs within ten days after entry of judgment.

The clerk is instructed to close this case.

_____/s/_____
Warren W. Eginton
Senior United States District Judge

Dated this \_\_2d\_\_ day of February, 2012 at Bridgeport, Connecticut.