UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA PARRIS | : | 3:10-CV-01128-WWE |
| PLAINTIFF | | |
| V. | | |
| CHARLES PAPPAS, ET AL. | | |
| DEFENDANTS | : | MARCH 19, 2012 |

### AFFIDAVIT OF ROBIN DELANEY

*I, ROBIN DELANEY*, understand the sanctity and obligation of an oath and I state the following based upon my own personal knowledge and belief:

1. That the information provided below is true and accurate;

2. That I have been provided with a copy of the plaintiff's Request for Information after the ruling of the Court in this matter;

3. That I have made a search of records available to me and I have spent over 60 hours of time preparing compliances to the requests of the plaintiff and submitting them to our attorney;

4. That I have truthfully answered the interrogatories and requests for production regarding questions about what assets exist on behalf of the defendants;

5. That I will undertake a further review of the materials and if there is further documentation that we can produce, I will produce it.

-1-

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\24500-24999\24566 C. PAPPAS\002 APPEAL - DAS\PLEADINGS\2012\AFFIDAVIT OF ROBIN DELANEY.DOCX

6. That I have made a good faith effort to obtain information that is available to satisfy the requests of the plaintiff.

_____
Robin Delaney

Subscribed and sworn to before me this 20th day of March, 2012, in Killingly, CT, Connecticut.

_____
Notary Public/~~Commissioner of the Superior Court~~

Monica J. Kelley
Notary Public
My Commission Expires
July 31, 2013

-2-

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\24500-24999\24566 C. Pappas\002 Appeal - DAS\Pleadings\2012\AFFIDAVIT OF ROBIN DELANEY.docx

RESPECTFULLY SUBMITTED,

THE DEFENDANTS

/s/ Donn A. Swift
Lynch, Traub, Keefe and Errante
52 Trumbull Street
POB 1612, New Haven, CT 06510
Telephone:(203) 787-0275
Fax (203) 782-0278
Federal Bar No. 05274

CERTIFICATION

This is to certify that the foregoing was e-filed by defendants and served by regular mail on anyone unable to accept electronic filing, on March 20, 2012. Notice of this e-filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,

/s/ Donn A. Swift
Lynch, Traub, Keefe & Errante
52 Trumbull Street
POB 1612, New Haven, CT 06510
Telephone:(203) 787-0275
Fax (203) 782-0278
Federal Bar No. 05274

- 3 -

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\24500-24999\24566 C. PAPPAS\002 APPEAL - DAS\PLEADINGS\2012\AFFIDAVIT OF ROBIN DELANEY.DOCX