Civil- (Dec-2008)

HONORABLE: Holly B. Fitzsimmons

DEPUTY CLERK: Diahann Lewis   RPTR/ECRO/TAPE: Sandra Baldwin

TOTAL TIME: 2 hours 50 minutes

DATE: 3/27/2012   START TIME: 10:31   END TIME: 1:21

LUNCH RECESS   FROM: ____   TO: ____

RECESS (if more than ½ hr)   FROM: ____   TO: ____

CIVIL NO. 3:10cv1128 (WWE)

Donna Parris

vs

Charles Pappas et al

Michael Coolican, Timothy Bennett-Smyth
Plaintiff's Counsel

Donn Swift
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☒ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☒ ....#____ Motions 155-164   ☒ granted ☐ denied ☐ advisement
☒ ....#138 Motion for Sanctions   ☒ granted ☐ denied ☐ advisement
☐ ....#____ Motion____   ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion____   ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion____   ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion____   ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion____   ☐ granted ☐ denied ☐ advisement
☐ ....   Oral Motion____   ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due ____   ☐ Proposed Findings due ____   Response due ____
☐ ............   ____   ☐ filed ☐ docketed
☐ ............   ____   ☐ filed ☐ docketed
☐ ............   ____   ☐ filed ☐ docketed
☐ ............   ____   ☐ filed ☐ docketed
☐ ............   ____   ☐ filed ☐ docketed
☐ ............   ____   ☐ filed ☐ docketed
☐ ............   Hearing continued until ____ at ____