UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Donna Parris | : | 3:10-cv-01128-WWE |
| Plaintiff | : | |
| v. | : | |
| Charles Pappas, et al | | |
| Defendant | : | APRIL 5, 2012 |

REPLY TO THE SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS

On April 4th, 2012, the plaintiff filed its Supplemental Memorandum in Support of Plaintiff's Motion

For Sanctions. On the same date, a supplemental compliance was filed by the defendants and thus

Sanctions are not appropriate.

RESPECTFULLY SUBMITTED,
THE DEFENDANTS

BY:_____
/s/ Donn A. Swift, Esq.
DSwift@LTKE.com
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612, New Haven, CT 06506-1612
Telephone (203) 787-0275
Fax (203) 782-0278
Federal Bar No. 05274

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\24500-24999\24566 C. PAPPAS\001 CIVIL - DONNA PARRIS VS. - DAS\PLEADINGS\2012\REPLY TO SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR SANCTIONS 04-05-12.DOCX

**CERTIFICATE OF SERVICE**

       I hereby certify that on 4/5/2012, a copy of the foregoing Reply to Supplemental Memorandum in support of Plaintiff's Motion for Sanctions  was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

<u>/s/</u>**Donn A. Swift**
Lynch, Traub, Keefe & Errante, P. C.
Federal Bar #
52 Trumbull Street, P. O. Box 1612
New Haven, CT 06506-1612
Telephone (203) 787-0275
Fax (203) 777-5827

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\24500-24999\24566 C. PAPPAS\001 CIVIL - DONNA PARRIS VS. - DAS\PLEADINGS\2012\REPLY TO SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS 04-05-12.DOCX