UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA PARRIS                          :          3:10-CV-01128-WWE

     PLAINTIFF

V.

CHARLES PAPPAS, ET AL

   DEFENDANT                         :          APRIL 4, 2012

## EIGHTH SUPPLEMENTAL COMPLIANCE OF THE DEFENDANTS TO THE PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

The defendants hereby supplement their discovery responses with the following:

1. Documents for Max CT, LLC including:

   a. Articles of Organization

   b. Mortgage Deed for 35 & 53 Attawaugan Crossing, Killingly, CT

   c. Citizens Bank Account for February 2012

   d. Certificate of Organization dated October l0, 2001

2. Documents for Otis Str., LLC including:

   a. Articles of Organization

   b. Mortgage Deed for 123 Park Road, Putnam, CT

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\24500-24999\24566 C. PAPPAS\001 CIVIL - DONNA PARRIS VS. - DAS\PLEADINGS\2012\SEVENTH SUPPLEMENTAL COMPLIANCE.docx

   c.  Citizens Bank Account for February 2012

   d.  Certificate of Organization dated October l0, 2001

3.  The HUD Uniform Settlement Statement for 44-48 Barbara Street, Providence, RI

   dated December 7, 2011

RESPECTFULLY SUBMITTED,

THE DEFENDANTS

/s/ Donn A. Swift, Esq.
DSwift@LTKE.com
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P. O. Box 1612, New Haven, CT
06506-1612
Telephone (203) 787-0275
(203) 782-0278
Federal Bar No. 05274

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\24500-24999\24566 C. PAPPAS\001 CIVIL - DONNA PARRIS VS. - DAS\PLEADINGS\2012\SEVENTH SUPPLEMENTAL COMPLIANCE.DOCX

## CERTIFICATE OF SERVICE

I hereby certify that on 4/4/2012, a copy of the foregoing was filed electronically, e-mailed and/or served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ **Donn A. Swift**
Lynch, Traub, Keefe & Errante, P. C.
Federal Bar # _05274
52 Trumbull Street, P. O. Box 1612
New Haven, CT 06506-1612
Telephone (203) 787-0275
Fax (203) 401-3343

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\24500-24999\24566 C. PAPPAS\001 CIVIL - DONNA PARRIS VS. - DAS\PLEADINGS\2012\SEVENTH SUPPLEMENTAL COMPLIANCE.DOCX

## CERTIFICTION REGARDING DISCOVERY RESPONSES

I, Charles Pappas, hereby certify that I have reviewed the eighth compliance with the disclosures required by Federal Rules of Civil Procedure 26(a)(1) and that the responses are true and accurate to the best of my knowledge.

_____
CHARLES PAPPAS

Subscribed and sworn to before me this 4ᵗʰ day of April , 2012.

_____
NOTARY PUBLIC/
COMMISSIONER OF THE SUPERIOR COURT

Monica J. Kelley
Notary Public
My Commission Expires
July 31, 2013

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\24500-24999\24566 C. PAPPAS\001 CIVIL - DONNA PARRIS VS. - DAS\PLEADINGS\2012\CHARLES PAPPAS SIGNATURE SHEET FOR SEVENTH.DOCX

ATTACHMENT 1

# ARTICLES OF ORGANIZATION
## DOMESTIC LIMITED LIABILITY COMPANY
### Office of the Secretary of the State
30 Trinity Street/P.O.Box 150470/Hartford, CT 06115/REV 10-01-2001

Space for office use only

```
FILING #0002340300 PG  01 OF  01 VOL B-00453
    FILED 10/31/2001 08:30 AM PAGE  00849
            SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE
```

**1. NAME OF THE LIMITED LIABILITY COMPANY:**

OTIS ST., LLC

**2. NATURE OF BUSINESS TO BE TRANSACTED OR THE PURPOSES TO BE PROMOTED OR CARRIED OUT:**

To engage in any lawful act or activity for which limited liability companies may be formed under Chap. 613, C.G.S.

**3. PRINCIPAL OFFICE ADDRESS:**
241 Church Street
Brooklyn, CT 06234

**4. APPOINTMENT OF STATUTORY AGENT FOR SERVICE OF PROCESS:**

| Name of agent: | Business address: |
|---|---|
| Charles A. Pappas | 241 Church Street<br>Brooklyn, CT 06234 |
| | Residence address: |
| | 241 Church Street<br>Brooklyn, CT 06234 |

### Acceptance of Appointment

Signature of Agent

**5. MANAGEMENT:**     (Place a check mark next to the following statement only if it applies)

____The management of the limited liability company shall be vested in one or more managers.

**6. MANAGER(S) OR MEMBER(S) INFORMATION**

| Name | Title | Residence Address | Business Address |
|---|---|---|---|
| Charles A. Pappas | Member | 241 Church Street<br>Brooklyn, CT 06234 | 241 Church Street<br>Brooklyn, CT 06234 |

### 7. EXECUTION

John K. Harris, Jr.

| Print or type name of Organizer | Signature |
|---|---|

EXHIBIT "A"

MEMBERS, CONTRIBUTIONS AND PERCENTAGE INTERESTS

| Name and Address of Member | Member's Contribution | Member's Percentage Interest in the Company |
|---|---|---|
| Charles A. Pappas<br>241 Church Street<br>Brooklyn, CT 06234 | $500.00 | 50.0% |
| Juliana K. McCabe 1999 Irrevocable Trust dated February 19, 1999,<br>Korina Peltak, Trustee<br>782 Boston Post Road<br>Marlboro, MA 01752 | $500.00 | 50.0% |

*Mortgage Deed*

Statutory Form

OTIS ST, LLC

TO

LEDLE, INC.

Dated ___ FEBRUARY 27, 2002 ..
Received . FEBRUARY 28, 2002
At ___ 3:43PM
Recorded in PUTNAM
LAND RECORDS
Volume _397_ Page _173-176_

_____
Town Clerk

JACKSON HARRIS BURLINGAME & HUBERT, LLC

Attorneys At Law
245 Main Street
Danielson, CT 06239

After recording return to:
Ledle, Inc.
782 Boston Post Rd.
Marlboro, MA 01752

464

BOOK 397 PAGE 173

## Mortgage Deed - Statutory Form

THAT, **OTIS ST, LLC** a Connecticut Limited Liability Company with a mailing address of 782 Boston Post Road, Marlboro, MA 01752, to secure payment of **TWO HUNDRED FIFTY THOUSAND AND NO/100 ($250,000.00) DOLLARS** with interest payable as provided in a certain Promissory Note dated FEBRUARY 27, 2002 with final maturity on MARCH 1, 2005, grant to **LEDLE, INC.**, a Massachusetts corporation with its place of business at 782 Boston Post Road, Marlboro, MA 01752, with **MORTGAGE COVENANTS,**

**REFERENCE IS MADE TO SCHEDULE A WHICH IS ATTACHED HERETO AND MADE A PART HEREOF.**

This mortgage is made upon the STATUTORY CONDITION.

Signed this 27th day of FEBRUARY, 2002.

Witnessed by:

_____
George H. Jackson, III

OTIS ST, LLC

[ BY: _____
Charles Pappas, Member

_____
Janice Meyers

_____

State of Connecticut          )
                              ) SS.: KILLINGLY, FEBRUARY 27, 2002
County of Windham             )

On this 27th day of February, 2002, before me, GEORGE H. JACKSON, III, the undersigned officer, personally appeared, **CHARLES PAPPAS**, who acknowledged himself to be the Member of **OTIS ST, LLC**, a limited liability company and that he, as such Member, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by singing the name of the limited liability company by himself as such Member, and as the free act and deed of said limited liability company.

In Witness Whereof, I hereunto set my hand.

_____
George H. Jackson, III
Commissioner of the Superior
Court

Latest mailing address of Grantee:
782 Boston Post Rd.
Marlboro, MA 01752

TOWN CLERK PUTNAM

Elizabeth M Paulson first

02 FEB 28 PH 3: 43

BOOK 397 PAGE 174

## SCHEDULE A

A certain tract or parcel of land located on the westerly side of Park Street and on the easterly side of State Highway Route #52 (Turnpike Connector), a non-access highway, in the Town of Putnam, County of Windham and State of Connecticut, known as 123 Park Road, being the same premises conveyed to Robert W. Randall by Warranty Deed of Albert E. Otto and Sidney Fisher dated August 1, 1968, and recorded in Putnam Land Records, Vol. 83, Pages 232-233, in said deed bounded and described as follows:

"Beginning at the northeasterly corner of the herein conveyed premises, at an iron in the ground on the westerly line of Park Street, which point is also the southeasterly corner of land of Lydia Lamport and Lydia Lamport and John H. Puffer, Trustees, said point of beginning of beginning being 1367.44 feet southerly of the northeasterly corner of land formerly of Putnam Country Club Acres, Inc., as measured along the westerly line of said Park Street; thence S. 24° 20' W., 360.0 feet, to a former Connecticut Highway Department concrete bound; thence S. 11° 41' W., 232.5 feet, to an iron in the ground replacing a concrete bound; thence S. 6° 55' W., 20 feet, to an iron in the ground; the last three courses following the westerly line of said Park Street; thence N. 73° 23' W., 692.17 feet, adjoining other land of Albert E. Otto and Sidney Fisher, to an iron in the ground in the easterly fence line of said Route #52 Connector; thence N. 17° 46' E., 520 feet; thence northerly on a curve to the left of 2545.53 feet radius, 191.25 feet, to an iron in the ground; the last two courses following the easterly fence line of said Route #52 Connector; thence S. 66° 40' E., adjoining land of said Lydia Lamport and Lydia Lamport and John H. Puffer, Trustees, 711.70 feet, to an iron in the ground in the westerly line of Park Street at the point and place of beginning, containing Ten (10) acres of land.

Being a portion of the premises conveyed to Albert E. Otto and Sidney Fisher by deed of Putnam Country Club Acres, Inc., dated January 16, 1968, and recorded in Putnam Land Records, Vol. 82, Pages 296-297; and being also a portion of the premises conveyed to Putnam Country Club Acres, Inc., by deed of The Pomfret Grosvenor Inns, Inc., dated March 18, 1960, and recorded in Putnam Land Records, Vol. 68, Page 336.

Being also the same premises shown on a "Plan of Land to be conveyed by Albert E. Otto & Sidney Fisher, Putnam, Connecticut, Scale 1" = 60', June 26, 1968, Gilbert F. Perry, C.E." to be duly filed in the Office of the Town Clerk for the Town of Putnam."

Being the same premises conveyed to The Winterburn Manufacturing Company by Warranty Deed of Robert W. Randall dated March 20, 1973, and recorded in Putnam Land Records, Vol. 93, Page 623.

Said premises are subject to an Easement for a Sewer Line in favor of the Town of Putnam from The Winterburn Manufacturing Company dated April 26, 1974, and recorded in Putnam Land Records, Vol. 257, Page 160.

 **Citizens Bank**

PO Box 7000
ROP-450
Providence RI 02940



**1-800-862-6200**
Please call us anytime for answers to your
questions, account information, current rates
or to update your address & phone number.

**Business Partners I
Account Statement**

 **1** OF **2**

Beginning February 01, 2012
through February 29, 2012

## Contents

| Summary | Page | 1 |
| Checking | Page | 2 |

OTIS ST LLC
782 BOSTON POST RD E
MARLBOROUGH MA  01752-3703

## Business Partners Checking I Summary

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| **DEPOSIT BALANCE** | | | |
| **Checking** | | | |
| Business Partners Checking I | 120069-836-0 | 266.87 | 254.87 |

| | | |
|---|---|---|
| Monthly combined balance to waive monthly fee is | 10,000.00 | |
| Your monthly combined balance this statement period is | 266.87 | |

US702

OTIS ST LLC
**Business Partners Checking I**
120069-836-0

**⊜** _____ **Total Deposit Balance**
254.87

**⊜** _____ **Total Relationship Balance**
254.87

Member FDIC  Equal Housing Lender

 # Citizens Bank

**1-800-862-6200**
Please call us anytime for answers to your
questions, account information, current rates
or to update your address & phone number.

**Business Partners I
Account Statement**

 **2** OF **2**

Beginning February 01, 2012
through February 29, 2012

## Commercial Checking

| SUMMARY | | OTIS ST LLC |
|---|---|---|
| **Balance Calculation** | | **Business Partners Checking I** |
| | | 120069-836-0 |

| | |
|---|---|
| Previous Balance | 266.87 |
| Checks | .00 - |
| Debits | 12.00 - |
| Deposits & Credits | .00 + |
| **Current Balance** | 254.87 = |

| | Previous Balance |
|---|---|
| | 266.87 |

**TRANSACTION DETAILS**

**Debits**

**Other Debits**

| Date | Amount | Description |
|---|---|---|
| 02/29 | 12.00 | Monthly Maintenance Fee |

| | Total Debits |
|---|---|
| ⊖ | 12.00 |
| | Current Balance |
| ⊜ | 254.87 |

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/29 | 254.87 | | | | |

### ⌐ MEMO

--Important Information: The Monthly Maintenance Fee on your Business Savings or TCB Savings
account can be waived by maintaining a $1,000 minimum daily balance in your account or by
utilizing an automatic savings plan that transfers at least $50 to your account every
statement period. We can help you set up an automatic savings plan using Steady Save(R) or
using Repeating Transfers through Online Banking.
Please call the number at the top of your statement or stop by your nearest branch for
assistance.

### ⌐ NEWS FROM CITIZENS

--At Citizens Bank, we believe our business customers should get the most value from their
banking relationship. Starting February 18th for a limited time, when you take advantage of
our other valuable products and services you can get up to $350. For details, call
1-800-862-6200, go to citizensbank.com/business or talk to your business banker today.
--Give help. Give hope. Be inspired. Please join us in saluting our new Champion in Action
at citizensbank.com/community.

Member FDIC ⌂ Equal Housing Lender

CERTIFICATE

No. _1_

**ORGANIZED UNDER THE LAWS OF THE STATE OF CONNECTICUT**

# O T I S   S T.,   L L C

*A Limited Liability Company*

**PERCENT OF MEMBERSHIP INTEREST**

_50.0%_

THIS CERTIFIES THAT _Charles A. Pappas_ is vested with a _Fifty_ percent (50.0 %) ownership interest in the above Limited Liability Company formed under the laws of the State and is entitled to the full benefits and privileges of membership, subject to the duties and obligations, as more fully set forth in the Company's Operating Agreement, and/or as provided under applicable law. The percentage ownership interest (and, if applicable, capital contribution) may be subject to change as provided in the Company's Operating Agreement and reflected in the books and records of the Company.

IN WITNESS WHEREOF, the Company has caused this Certificate to be executed by its duly authorized member, this _10th_ day of _October_ A.D. _2001_.

MANAGING MEMBER

ATTACHMENT  2

# ARTICLES OF ORGANIZATION
## DOMESTIC LIMITED LIABILITY COMPANY
### Office of the Secretary of the State
### 30 Trinity Street/P.O.Box 150470/Hartford, CT 06115/REV 10-01-2001

Space for office use only

FILING #0002340299 PG  01 OF  01 VOL B-00453
FILED 10/31/2001 08:30 AM PAGE  00848
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

**1. NAME OF THE LIMITED LIABILITY COMPANY:**

MAX CT, LLC

**2. NATURE OF BUSINESS TO BE TRANSACTED OR THE PURPOSES TO BE PROMOTED OR CARRIED OUT:**

To engage in any lawful act or activity for which limited liability companies may be formed under Chap. 613, C.G.S.

**3. PRINCIPAL OFFICE ADDRESS:**
241 Church Street
Brooklyn, CT 06234

**4. APPOINTMENT OF STATUTORY AGENT FOR SERVICE OF PROCESS:**

| Name of agent: | Business address: |
|---|---|
| Charles A. Pappas | 241 Church Street<br>Brooklyn, CT 06234 |
| | Residence address: |
| | 241 Church Street<br>Brooklyn, CT 06234 |

Acceptance of Appointment

Signature of Agent

**5. MANAGEMENT:** (Place a check mark next to the following statement _only_ if it applies)

___The management of the limited liability company shall be vested in one or more managers.

**6. MANAGER(S) OR MEMBER(S) INFORMATION**

| Name | Title | Residence Address | Business Address |
|---|---|---|---|
| Charles A. Pappas | Member | 241 Church Street<br>Brooklyn, CT 06234 | 241 Church Street<br>Brooklyn, CT 06234 |

**7. EXECUTION**

John K. Harris, Jr.

Print or type name of Organizer                          Signature

EXHIBIT "A"

MEMBERS, CONTRIBUTIONS AND PERCENTAGE INTERESTS

| Name and Address of Member | Member's Contribution | Member's Percentage Interest in the Company |
|---|---|---|
| Charles A. Pappas<br>241 Church Street<br>Brooklyn, CT  06234 | $500.00 | 50.0% |
| Zisler Investment Associates Limited Partnership<br>782 Boston Post Road<br>Marlboro, MA  01752 | $500.00 | 50.0% |

*Mortgage Deed*
*Statutory Form*

MAX CT, LLC

TO

LEDLE, INC.

Dated _____ JANUARY 15, 2002
Received _____

Recorded in         At _____
LAND RECORDS
Volume _____ Page _____

_____
Town Clerk

*JACKSON HARRIS BURLINGAME & HUBERT, LLC*
*Attorneys At Law*
*245 Main Street*
*Danielson, CT 06239*

After recording return to:
Ledle, Inc.
782 Boston Post Rd.
Marlboro, MA 01752

**000151**

VOL. **827** PAGE **418**

*Mortgage Deed - Statutory Form*

THAT **MAX CT, LLC,** a Connecticut Limited Liability Company with its place of business at 241 Church Street in the Town of Brooklyn, County of Windham and State of Connecticut, to secure payment of **THREE THOUSAND AND NO/100 ($300,000.00) DOLLARS** with interest payable as provided in a certain Promissory Note dated JANUARY 15, 2002 with final maturity on JANUARY 15, 2007, grant to **LEDLE, INC.,** a Massachusetts corporation with its principal place of business at 782 Boston Post Road, Marlboro, MA 01752, with **MORTGAGE COVENANTS,**

REFERENCE IS MADE TO <u>SCHEDULE A</u> WHICH IS ATTACHED HERETO AND MADE A PART HEREOF.

This mortgage is made upon the STATUTORY CONDITION.

Signed this 15th day of JANUARY, 2002.

Witnessed by:

_____
George H. Jackson, III

MAX CT, LLC

BY: _____
CHARLES PAPPAS
MEMBER

_____
John B. Melville

_____

State of Connecticut          )
                              ) SS.: KILLINGLY, JANUARY 15, 2002
County of Windham             )

On this 15th day of JANUARY, 2002, before me, GEORGE H. JACKSON, III, the undersigned officer, personally appeared, CHARLES PAPPAS, who acknowledged himself to be a Member of MAX CT, LLC, a limited liability company and that he, as such Member, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the limited liability company by himself as such Member, and as the free act and deed of said limited liability company.

In Witness Whereof, I hereunto set my hand.

_____
George H. Jackson, III
Commissioner of the Superior
Court

Latest mailing address of Grantee:
782 Boston Post Road
Marlboro, MA 01752

VOL 827 PAGE 419

Two certain tracts or parcels of land situated in the Town of Killingly, County of Windham and State of Connecticut, bounded and described as follows:

### 35 Attawaugan Crossing

Beginning at an iron pin at the southerly side of the Attawaugan Crossing Road, said iron pin marking the northeasterly corner of the within described tract and the northwesterly corner of land formerly of the within grantor and now of Roger R. Frechette and Dorothy Frechette; thence S 26° 47' 22" E 180 feet, to an iron post at a corner of said Frechette land; thence S 62° 43' 01" E 242.15 feet bounding along said Frechette land to a point on the westerly boundary of land now or formerly of George Rene Caron; thence S 27° 13' 06" W 352.13 feet along land of said Caron to a stone monument and a point at a corner of said Caron land, said point marking the southeasterly corner of the within described tract; thence N 69° 51' 33" W 578.72 feet bounding along land of said Caron to a point, said point marking the southwest corner of the within described tract, a northwest corner of land of George Rene Caron, the northeast corner of land now or formerly of Burton L. and Rita E. Evarts, and the southeasterly corner of land now or formerly of Bernice E. Skinner; thence N 61° 03' 59" E 699.70 feet bounding along land now or formerly of said Skinner to a point on the southerly side of Attawaugan Crossing Road, said point marking the northwesterly corner of the within described tract; thence S 15° 03' 06" E 7 feet; thence S 62° 43' 01" E 434.76 feet along the southerly side of the Attawaugan Crossing Road to the point or place of beginning.

Subject to a right of way 25 feet in width and conditions as set forth in a deed from Calvin G. Kelley to Betsey Eldridge, dated November 15, 1860, and recorded in Killingly Land Records, Volume 41, Page 412.

Said premises are also subject to an Easement from Mary A. Hughes to The Connecticut Light & Power Company, dated February 25, 1935, and recorded in Killingly Land Records, Volume 67 at Page 236, and an Easement from Robert J. Torrey and Pauline C. Torrey and Mary A. Hughes to Connecticut Light & Power Company, dated May 6, 1949, and recorded in Killingly Land Records Volume 106 at Page 96.

Being the same premises conveyed to Five Mile River Associates by Robert J. Torrey by his Warranty Deed dated November 28, 1973 recorded in Volume 202 at Page 345 and by Robert J. Torrey by his Warranty Deed dated January 16, 1975 recorded on January 21, 1975 in Volume 207 at Page 733 of the Killingly Land Records.

There is excepted from the foregoing the following parcels:

First Tract:

Beginning at an iron pin in the southerly line of the Attawaugan Crossing Road, said iron pin marking the northwesterly corner of the within described parcel of land and the northeasterly corner of other land of the releasors, said iron pin being 245.00 feet westerly from a monument marking the northwesterly corner of land now or formerly of George Rene Caron; thence S 26° 47' 22" W, 180 feet bounded on other land of the within releasors to an iron pin; thence S 62° 43' 01" E 52.15 feet bounding on other property of said Five Mile River Associates; thence N 27° 13' 00" E 180 feet bounded on land of Roger R. Frechette and Dorothy F. Frechette to the southerly side of Attawaugan Crossing Road; thence N 62° 43' 01" W 56.80 feet along the southerly side of said road to the point and place of beginning.

Said premises being a portion of those described on a certain plan entitled "Plan of Land Owned by Five Mile River Associates, Killingly, Connecticut, Scale 1" = 50' June 21, 1974 Perry & Pietor, Engineer & Surveyors".

Being the same premises conveyed by Five Mile River Associates to Robert J. Torrey by its deed dated December 19, 1974 and recorded in Volume 207 at Page 728 of the Killingly Land Records.

VOL. 827 PAGE 420

Second Tract:

A certain strip of land located on the southerly side of Attawaugan Crossing Road lying between the existing center-line of Attawaugan Crossing Road and a proposed street line, which line is 35 feet from and parallel to said centerline of the existing pavement of Attawaugan Crossing Road.

The purpose of this deed is to convey to the Town a strip of land for future road widening purposes.

Being a portion of land conveyed by Robert J. Torrey to Five Mile River Associates in a certain Warranty Deed dated January 16, 1975 and recorded in Volume 207 at Page 733, of the Killingly Land Records.

Being the same premises conveyed by Five Mile River Associates to the Town of Killingly by its deed dated December 3, 1987 recorded in Volume 412 at Page 54 of the Killingly Land Records.

### 53 Attawaugan Crossing

Beginning at a concrete highway bound at the intersection of the easterly line of Ramp "G" of State Highway Route #52 with the southerly line of Attawaugan Crossing Road, said concrete highway bound marking the northwesterly corner of the within described tract of land;

thence  in an Easterly direction along the southerly line of Attawaugan Crossing Road by the arc of a curve to the right the radius of which is 2639.79 feet and the chord of which runs S 61 30' 00" E 101.57 feet, to a concrete highway bound at the easterly end of said curve;

thence  S 60 29' 00" E 214.88 feet, along the southerly line of Attawaugan Crossing Road, to a concrete highway Bound;

thence  S 75 48' 30" E 41.50 feet, along the southerly line of Attawaugan Crossing Road, to a brass pin;

thence  S 63 00' 00" E 2.34 feet, along the southerly line of Attawaugan Crossing Road, to an iron bound at a corner of wall;

thence  S 13 28' 00" W 593.9 feet, along wall adjoining a jog in the southerly line of Attawaugan Crossing Road and adjoining land now or formerly of Robert J. Torrey, to a corner of wall;

thence  N 69 14' 30" W 185.64 feet, along wall adjoining land now or formerly of Adelard Levesque and Alice L. Levesque, to a corner of wall;

thence  S 21 50' 00" W 133.63 feet, along wall adjoining land now or formerly of said Adelard Levesque and Alice L. Levesque, to a point in the easterly line of the before mentioned Ramp "G" of State Highway Route #52;

thence  N 3 21' 30" E 507.30 feet, along fence on the easterly line of said Ramp "G", to a concrete highway bound;

thence  N 4 20' 30" E 295.31 feet, along fence on the easterly line of said Ramp "G", to the place of beginning.

Containing 4.16 acres of land, more or less.

State Highway Route #52 is a non-access highway and there is no access directly from the herein described tract of land onto State Highway Route #52 or its Ramp "G".

There is no access also for the within described premises directly onto Attawaugan Crossing Road for a distance of 166.40 feet, measured Easterly from the concrete highway bound at the intersection of the easterly line of Ramp "G" of State Highway Route #52 with the southerly line of Attawaugan Crossing Road.

Subject to a 20 foot drainage right of way granted the State of Connecticut from the southerly side of Attawaugan Crossing Road onto the hereinbefore described premises, subject also to the right of the State of Connecticut to discharge water from a ditch or pipe in said right of way onto and over the hereinbefore described premises as described in a deed from Bernice E. Skinner to the State of Connecticut dated November 4, 1965, and recorded in Vol. 162, at Pages 456-457, of the Killingly Land Records.

Being the same premises conveyed to Five Mile River Associates by Bernice E. Skinner by her Warranty Deed dated February 25, 1976 and recorded in Volume 213 at page 25 of the Killingly Land Records.

VOL. 827 PAGE 421

There is excepted from the foregoing the following parcel:

A certain strip of land located on the southerly side of Attawaugan Crossing Road lying between the existing center-line of Attawaugan Crossing Road and a proposed street line, which line is 35 feet from and parallel to said centerline of the existing pavement of Attawaugan Crossing Road.

The purpose of this deed is to convey to the Town a strip of land for future road widening purposes.

Being the same premises conveyed to the Town of Killingly by Five Mile River Associates by its Quit Claim deed dated December 3, 1987 and recorded in Volume 412 at page 52 of the Killingly Land Records.

Being all and the same premises as described in a Certificate of Distribution to Richard M. Blanchard, Henry Darlington, Jr., Trowbridge Strong and Marion H. Bigelow, Executrix of the Estate of Ernest A. Bigelow dated May 19, 2000 and recorded in Volume 783, Page 193 of the Killingly Land Records.

RECEIVED
TOWN CLERK, KILLINGLY, CT.

02 JAN 15 PH 2: 58

 **Citizens Bank**

**1-800-862-6200**
Please call us anytime for answers to your
questions, account information, current rates
or to update your address & phone number.

**Business Partners I
Account Statement**

PO Box 7000
ROP-450
Providence RI 02940



 **1** OF **2**

Beginning February 01, 2012
through February 29, 2012

## Contents

| Summary | Page | 1 |
| Checking | Page | 2 |

MAX CT LLC
782 BOSTON POST RD E
MARLBOROUGH MA  01752-3703

## Business Partners Checking I Summary

US702

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| **DEPOSIT BALANCE** | | | |
| **Checking** | | | |
| Business Partners Checking I | 120070-079-9 | 105.05 | 93.05 |
| | | | |
| Monthly combined balance to waive monthly fee is | | 10,000.00 | |
| Your monthly combined balance this statement period is | | 105.05 | |

MAX CT LLC
**Business Partners Checking I**
120070-079-9

**Total Deposit Balance**
93.05

**Total Relationship Balance**
93.05

Member FDIC   Equal Housing Lender

 **Citizens Bank**

**1-800-862-6200**
Please call us anytime for answers to your
questions, account information, current rates
or to update your address & phone number.

**Business Partners I
Account Statement**

**2** OF **2**

Beginning February 01, 2012
through February 29, 2012

## Commercial Checking

| SUMMARY | | |
|---|---|---|
| **Balance Calculation** | | |
| Previous Balance | 105.05 | |
| Checks | .00 | - |
| Debits | 12.00 | - |
| Deposits & Credits | .00 | + |
| **Current Balance** | 93.05 | = |

MAX CT LLC
**Business Partners Checking I**
120070-079-9

| | Previous Balance |
|---|---|
| | 105.05 |

**TRANSACTION DETAILS**
**Debits**
**Other Debits**

| Date | Amount | Description |
|---|---|---|
| 02/29 | 12.00 | Monthly Maintenance Fee |

| | Total Debits |
|---|---|
| | 12.00 |

| | Current Balance |
|---|---|
| | 93.05 |

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/29 | 93.05 | | | | |

**MEMO**
--Important Information: The Monthly Maintenance Fee on your Business Savings or TCB Savings
account can be waived by maintaining a $1,000 minimum daily balance in your account or by
utilizing an automatic savings plan that transfers at least $50 to your account every
statement period. We can help you set up an automatic savings plan using Steady Save(R) or
using Repeating Transfers through Online Banking.
Please call the number at the top of your statement or stop by your nearest branch for
assistance.

**NEWS FROM CITIZENS**
--At Citizens Bank, we believe our business customers should get the most value from their
banking relationship. Starting February 18th for a limited time, when you take advantage of
our other valuable products and services you can get up to $350. For details, call
1-800-862-6200, go to citizensbank.com/business or talk to your business banker today.
--Give help. Give hope. Be inspired. Please join us in saluting our new Champion in Action
at citizensbank.com/community.

Member FDIC   Equal Housing Lender

ORGANIZED UNDER THE LAWS OF
THE STATE OF CONNECTICUT

# MAX CT, LLC

*A Limited Liability Company*

**CERTIFICATE**

No. ___1___

**PERCENT OF MEMBERSHIP INTEREST**

___50.0%___

THIS CERTIFIES THAT ___Charles A. Pappas___ is vested with a ___Fifty___ percent ( ___50.0___ % ) ownership interest in the above Limited Liability Company formed under the laws of the State and is entitled to the full benefits and privileges of membership, subject to the duties and obligations, as more fully set forth in the Company's Operating Agreement, and/or as provided under applicable law. The percentage ownership interest (and, if applicable, capital contribution) may be subject to change as provided in the Company's Operating Agreement and reflected in the books and records of the Company.

IN WITNESS WHEREOF, the Company has caused this Certificate to be executed by its duly authorized member, this ___10th___ day of ___October___ A.D. ___2001___.

Zia co, Inc General Partner

MANAGING MEMBER

ATTACHMENT  3

**HUD - 1 UNIFORM SETTLEMENT STATEMENT**

OMB Approval No. 2502-0265
(expires 11/30/2009)

| A. | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | SETTLEMENT STATEMENT |
|---|---|---|---|

| B. | TYPE OF LOAN | | | 6. File Number: | 7. Loan Number: |
|---|---|---|---|---|---|
| | 1. FHA | 2. FmHA | | | |
| | 3. Conv. Unins. | 4. VA | 5. Conv. Ins. | 8. Mortgage Insurance Case Number | |

C.   NOTE:  This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D.   NAME AND ADDRESS OF BORROWER: | E.   NAME, ADDRESS AND TIN OF SELLER: | F.   NAME AND ADDRESS OF LENDER: |
|---|---|---|
| HOUSING PRESERVATION GRP, LL STEPHEN O. PIZZO, MGR. 45 EAST LANTERN ROAD SMITHFIELD, RI 02917 | CHARLES PAPPAS JOSEPH J. DEANGELIS, AIF C/O 1177 GREENWICH AVENUE WARWICK, RI 02886 | MJV ENTERPRISES, LLC GLENN PARKER 350 PIPPIN ORCHARD ROAD CRANSTON, RI 02920 |

| G.   PROPERTY LOCATION: | H.   SETTLEMENT AGENT NAME, ADDRESS AND TIN |
|---|---|
| 44-48 BARBARA STREET PROVIDENCE, RI 02908 | LOUIS E. BALDI, INC. 445 BUDLONG ROAD,, CRANSTON, RI 02920 |

| | PLACE OF SETTLEMENT | I.   SETTLEMENT DATE | 12/07/2011 |
|---|---|---|---|
| LOT 387       AP  113 | 445 BUDLONG ROAD CRANSTON, RI 02920 | FUNDING DATE | 12/07/2011 |

| J.   SUMMARY OF BORROWER'S TRANSACTION | | K.   SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 80,000.00 | 401. Contract sales price | 80,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 6,556.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. TAX ADJ 12/07/11-12/31/11 | 474.96 | 409. TAX ADJ 12/07/11-12/31/11 | 474.96 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 87,030.96 | **420. GROSS AMOUNT DUE TO SELLER** | 80,474.96 |

| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
|---|---|---|---|
| 201. Deposit or earnest money | 1,000.00 | 501. Excess deposit | 1,000.00 |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (Line 1400) | 4,628.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. NEW LOAN     80,000.00 | | 504. Payoff of first mortgage loan | |
| 205. ADVANCE | 75,000.00 | 505. Payoff of second mortgage loan | |
| 206. IN PROCESS     5,000.00 | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. REDEMPTION 2009/2010 TAXES | 14,880.75 |
| 214. | | 514. 2011 TAXES/INTEREST DUE | 7,655.66 |
| 215. | | 515. WATER USAGE DUE | 1,891.56 |
| 216. | | 516. SEWER USAGE DUE | 774.71 |
| 217. RENT ADJ 12/1/11-12/31/11 | 1,800.00 | 517. RENT ADJ 12/1/11-12/31/11 | 1,800.00 |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 77,800.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 32,630.68 |

| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT FROM/TO SELLER** | |
|---|---|---|---|
| 301. Gross amount due from borrower (Line 120) | 87,030.96 | 601. Gross amount due to seller (Line 420) | 80,474.96 |
| 302. Less amount paid by/for borrower (Line 220) | 77,800.00 | 602. Less reduction in amount due seller (Line 520) | 32,630.68 |
| 303. CASH FROM BORROWER | 9,230.96 | 603. CASH TO SELLER | 47,844.28 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following:  * HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; * Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; * Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. The information requested does not lend itself to confidentiality.

© EASY SOFT 2007 Previous editions are obsolete                    Page 1                    form HUD-1 (3/86) ref Handbook 4305.2

**L. SETTLEMENT CHARGES**

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **700. TOTAL SALES/BROKER'S COMMISSION** based on price $ 80,000.00 @ 6.000% | | |
| Division of Commission (line 700) as follows: | | |
| 701. $ 4,800.00 to COLDWELL BANKER RESIDENTIAL BROKERAGE | | |
| 702. $ | | |
| 703. Commission paid at Settlement COLDWELL BANKER RESIDENTIAL BROKERAGE | | 3,800.00 |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee    $ | | |
| 802. Loan Discount     $ | | |
| 803. Appraisal Fee to | | |
| 804. Credit report to | | |
| 805. Lender's Inspection Fee | | |
| 806. PTS TO LENDER | 3,200.00 | |
| 807. PTS TO BROKER/STEVE RILEY | 1,600.00 | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 812. | | |
| 813. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from | | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City Property Taxes | | |
| 1004. County Property Taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | 0.00 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee to LOUIS E. BALDI, INC. | 450.00 | |
| 1102. Abstract or title search to | | |
| 1103. Title Examination to LOUIS E. BALDI, INC. | 250.00 | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to LOUIS E. BALDI, INC. | 325.00 | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to JOSEPH J. DEANGELIS | | 375.00 |
| (includes line numbers: DOCUMENT PREPARATION/REP AT CLOSING | | |
| 1108. Title Insurance to | 430.00 | |
| (includes line numbers: | | |
| 1109. Lender's coverage $ 80000.00 | | |
| 1110. Owner's coverage $ 80000.00 | | |
| 1111. MUNICIPAL LIEN CERTIFICATE | 80.00 | |
| 1112. | | |
| 1113. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording fees:    Deed $    85.00    Mortgage $    86.00   Release $    49.00 | 171.00 | 49.00 |
| 1202. City/cnty tax/stamps:    Deed $    Mortgage $ | | |
| 1203. State tax/stamps:    Deed $    320.00    Mortgage $ | | 320.00 |
| 1204. REDEMPTION DEED | | 84.00 |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to FIDELITY NATIONAL TITLE | 50.00 | |
| 1302. Pest inspection to | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | 6,556.00 | 4,628.00 |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I received a copy of the HUD-1 Settlement Statement.

Seller    _Charles Papas_    CHARLES PAPAS

Seller    _his attorney in fact_    JOSEPH J. DEANGELIS, AIF

Borrower    _MGR_    HOUSING PRESERVATION GRP, LL

Borrower    STEPHEN O. PIZZO, MGR.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds disbursed or to be disbursed by the undersigned as part of the settlement of this transaction.

Settlement Agent    _Louis E Baldi_    LOUIS E. BALDI, INC.    Date    12/07/2011

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

© EASY SOFT 2007 Previous editions are obsolete    Page 2    form HUD-1 (3/86) ref Handbook 4305.2