UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA PARRIS                    :        CIVIL NO. 3:10CV1128(WWE)

V.

CHARLES PAPPAS,
ROBIN DELANEY,
ANNA ALEXIS, LLC and
NORMANDIES PARK, LLC           :        APRIL 10, 2015

## AFFIDAVIT OF CHARLES PAPPAS

I, Charles Pappas, am over the age of 21 years and I believe in the sanctity and obligation of an oath, and I state the following:

1.  That I have been provided with a copy of the Motion to Withdraw the appearance of attorney Donn A. Swift on behalf of all defendants in this case;

2.  That I have been advised by attorney Swift and I have confirmed in this affidavit that I have the opportunity to file an appearance on my own behalf, pro se, in which case I would then be representing myself in this litigation;

3.  That after considering this option, I have decided not to do so;

4.  That I understand that if I do not file an appearance, a default can enter against me and the attorneys for Ms. Parris can continue to seek payment of the outstanding judgment and any assets that I own;

5.  That I understand that they can also seek payment of the outstanding judgment from any assets owned by the two corporations which are Anna Alexis, LLC and Normandies Park, LLC;

6.  That I understand that attorney Greg Kirschner of the Connecticut Fair Housing Center who represents Ms. Parris may subpoena me to a hearing in regard to attempts to collect the judgment in this matter;

-1-

7.  That I understand that attorney Donn A. Swift also seeks to withdraw his appearance on behalf of the two corporations, Anna Alexis, LLC and Normandies Park, LLC;

8.  That I am the principal person who was responsible for the operation of the two corporations referred to above;

9.  That I understand that if attorney Swift's motion to withdraw is granted, I cannot appear on behalf of the corporations because I am not an attorney;

10. That I understand that if the motion to withdraw of attorney Swift is granted, the two corporations will not have any representation in the matter and a default may enter against them as a result;

11. That knowing all of the above, I consent to the motion to withdraw the appearance of attorney Swift;

12. That Ms. Robin Delaney does own a small interest in the corporations but I have not had contact with her for some time and thus, I do not know her position in regard to these matters;

13. That I understand that there was a hearing on April 13, 2015 at 1 p.m. before the Honorable Warren V. Eginton in the Bridgeport Federal Court in regard to the motion to withdraw the appearance of attorney Swift;

14. That I am aware of the fact that I have the opportunity to file an appearance on my own behalf either before this date or on that date and also I have the opportunity to appear at the hearing on that date to set forth my position;

15. That I choose not to attend the hearing on April 13, 2015 at 1 p.m. and I do not oppose the motion to withdraw being granted on behalf of attorney Swift;

16. That I understand that attorney Swift will write to Ms. Delaney at her last known address to see what her position is in the matter since I do not know what her position is and I have not been in touch with her nor do I wish to contact her in regard to this matter.

_____

Charles Pappas

Subscribed and sworn to before me this _____ day of _____, 2015

at _____.

_____

Notary Public

4/9/2015

To whom it may concern,

I have read and understand the affidavit that Attorney Donn Swift has sent me but I have been unable to sign and copy it to send back due to technical difficulty. I would request from the court that I have at least 60 days to see if I can find another attorney to help me with this matter.

Thank You

Charles Pappas