# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Donna Parris | : Civil Action No.: 3:10-1128 (WWE) |
| | : |
| | : |
| v. | : |
| | : |
| Charles Pappas, Robin Delaney, | : |
| Anna Alexis, LLC, and Normandies Park, | : |
| LLC | : |
| | : |
| Defendants | : |

## ORDER

Plaintiff's Motion for Sanctions (Doc. No. 236) is granted in part.

1. Defendant Charles Pappas is hereby ordered on or before February 19, 2016 to tender to Plaintiff the amount of $47,844.28 representing the proceeds from the sale of a certain property located at 44-48 Barbara Street, Providence, RI 02908 that was sold by Defendant Pappas in violation of this Court's orders prohibiting the dissipation of assets.

2. Defendant is further ordered to provide a monthly accounting of rents for the Normandies Park mobile home park to Plaintiff's counsel and the Court and to turn over any rents in excess of the cost to operate said park to Plaintiff on the 15th day of each month commencing on February 15, 2015.

3. Defendant Pappas is further ordered to provide a full financial disclosure to Plaintiff on or before February 1, 2016. This shall include a disclosure of all properties in which he has held an interest from January 1, 2013 to the present, any financial transactions to which he has been party during that time and all other information ordered to be disclosed in this Court's order dated August 6, 2012 (Doc. No. 196).

4. Defendant Pappas is further ordered to provide forthwith an address at which he will accept service of court documents.

Defendant Pappas is admonished that all subsequent orders of this Court remain in effect. The Court reserves judgment on the additional relief requested by Plaintiff until the hearing scheduled for February 12, 2016.

/S/ Warren W. Eginton

Warren W. Eginton
Senior United States District Judge

19 January 2016
Date