UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA PARRIS,<br>        Plaintiff,<br>v.<br>CHARLES PAPPAS, ROBIN DELANEY,<br>ANNA LEXIS, LLC, and NORMANDIES<br>PARK, LLC,<br>        Defendants. | : : : : : : : : : | 3:10CV1128 |

## CAPIAS ORDER

Whereas, this Court issued an order requiring Charles Pappas to appear before the Court on February 25, 2016, for a show cause hearing on a pending motion for contempt and sanctions; and

Whereas, on February 25, 2016, Mr. Pappas failed to appear despite having notice of the hearing; and

Whereas, the Court, having reviewed Mr. Pappas's unsigned letter dated February 18, 2016, and postmarked February 22, 2016, finds that Mr. Pappas has offered no reason for his failure to appear at the Show Cause hearing; and

Whereas, the undersigned has recommended to Senior United States District Judge Warren W. Eginton on the existing record that Mr. Pappas be held in contempt of this Court's authority based on his failure to comply with this Court's order dated January 19, 2016;

Accordingly the Court issues this Writ of Capias:

It is hereby ORDERED that the United States Marshal shall seize and arrest Mr. Pappas, for the purpose of procuring his presence at the Brien McMahon Federal Building in Bridgeport, Connecticut on March 9, 2016 at 10:00 AM. The Court will

provide a public defender so that Mr. Pappas will be prepared to show cause why Mr. Pappas should not be held in contempt and sanctioned at a rescheduled hearing at Noon on March 9, 2016, before the Honorable Holly B. Fitzsimmons.

/s/Holly B.Fitzsimmons
Holly B. Fitzsimmons
United States Magistrate Judge