**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
DONNA PARRIS                    :
                                :
v.                              : Civil No. 3:10CV1128 (WWE)
                                :
CHARLES PAPPAS, ET AL           :
                                :
                                :
```

<u>ORDER</u>

Plaintiff having moved for a renewed order for contempt and imposition of sanctions up to and including confinement until defendant Charles Pappas purges his contempt, [Doc. #274], it is hereby ORDERED that the defendant, Charles Pappas, appear before the District Court in Courtroom Four - Annex, 915 Lafayette Boulevard, Bridgeport, Connecticut, at **11:00 AM** on **December 19, 2016,** then and there to be examined under oath concerning his assets and ability to pay the judgment entered against him. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment.

The defendant is advised that failure to appear before the Court at the scheduled time and place may subject the defendant to being held in Contempt of Court and having a Capias Writ issue, that is an order to the U.S. Marshal to take him into custody and bring him before the Court. It is FURTHERED ORDERED that this order be served by certified mail, return receipt requested, upon Charles Pappas by

1

no later than December 9, 2016.

    SO ORDERED at Bridgeport, Connecticut this 17th day of November 2016.

                                             /s/
                                  HOLLY B. FITZSIMMONS
                                  UNITED STATES MAGISTRATE JUDGE