UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA PARRIS | : | |
| v. | : | CIV. NO. 10-CV-01128 (WWE) |
| CHARLES PAPPAS ET AL. | : | June 1, 2017 |

## STATEMENT OF NORMANDIES PARK INCOME AND EXPENSES

The defendant, Charles Pappas, respectfully submits the attached accountings of income and expenses relating to the Normandies Park mobile home park for the months of April and May, 2017, pursuant to the Court's Order of January 14, 2016 (DE #248).

    Respectfully submitted,

    THE DEFENDANT,
    Charles Pappas

    OFFICE OF THE FEDERAL DEFENDER

Dated: June 1, 2017    /s/ James P. Maguire
    James P. Maguire
    Assistant Federal Defender
    265 Church Street, Suite 702
    New Haven, CT 06510
    Phone: (203) 498-4200
    Bar No.: ct29355
    Email: James_Maguire@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 1, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ James P. Maguire
    James P. Maguire

Rents and expense

Normandies Mobile Home Park
April 2017

Rents

| | |
|---|---|
| Unit 1 | |
| Unit 2 | |
| Unit 4 | |
| Unit 5 | April $395. |
| Unit 6 | |
| Unit 7 | |
| Total | $395 |

Expenses

| | |
|---|---|
| Rubbish Removal | $235.09 |
| Electric | $70.00 |
| Phone | $54.00 |
| Sewer | |
| Road maintenance | |
| Plowing | |
| April Balance | $3465.58 |
| Total | $ -3429.67 |

Rents and expense

Normandies Mobile Home Park
May 2017

Rents

| | |
|---|---|
| Unit 1 | |
| Unit 2 | |
| Unit 4 | |
| Unit 5 | May $395. |
| Unit 6 | |
| Unit 7 | |
| Total | $395 |

Expenses

| | |
|---|---|
| Rubbish Removal | $234.95 |
| Electric | $48.00 |
| Phone | $54.00 |
| Sewer | |
| Supplies | $58.05 |
| Road maintenance | |
| Plowing | |
| May Balance | $3465.58 |
| Total | $ -3465.58 |