**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Donna Parris<br>    *Plaintiff*<br>v.<br><br>Charles Pappas, Robin Delaney,<br>Anna Alexis, LLC, and Normandies Park,<br>LLC<br>    *Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 3:10-1128 (WWE)<br><br><br><br><br><br>September 19, 2016 |

### PLAINTIFF'S DEBTOR INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff Donna Parries, through counsel, propounds the following Debtor Interrogatories and Requests for Production to Charles Pappas. Answer the following interrogatories and produce the documents requested within 30 days of service at the office of the Connecticut Fair Housing Center at 221 Main Street, 4th Floor, Hartford, CT 06106, in accordance with Local Rule 26.

### Debtor Interrogatories

1. List all real estate you owned, managed or had an interest in, either directly or through an LLC or partnership on August 1, 2012.

    1. Normandies Park, 286 Putnam Pike, Dayville, CT – Presently owned by Normandies Park LLC

    2. 282 Putnam Pike, Dayville, CT -- Presently owned by Normandies Park LLC

    3. 286A Putnam Pike, Dayville, CT -- Presently owned by Normandies Park LLC

    4. 241 Church St., Brooklyn, CT – Previously owned by Chrystal Creek Farms LLC, subject to a mortgage in the name of Charles Pappas. Sold _____[2012] by short sale in connection with foreclosure proceedings brought by the mortgage holder, Hudson Savings Bank

    5. 66 Medawisla Way, Roxbury, ME – Previously controlled via a land installment agreement by Charles Pappas and Robin Delaney. Due to failure to make a required payment in 2015, Mr. Pappas' interest has been reduced to that of tenant. To Defendant's knowledge Ms. Delaney has no present interest in this property.

1

11. State whether you have opened any bank accounts in your name or the name of an entity you control since August 1, 2012 and if so provide the name of the bank or financial institution, the dates the account was open and the account number.

Mr. Pappas has not opened or maintained any bank account, directly or indirectly, since August of 2012.

12. State whether you have used anyone else's bank account from August 1, 2012. If so, provide the name, address and phone number of the person whose account you used, state the purpose for your use of the bank account and provide account records reflecting any transactions you completed.

No.

13. Identify and describe any real estate development in which you have been involved from August 1, 2012 to the present. This include construction or development of any kind, including but not limited to renovating and selling or renting of dwellings, the construction and renting and selling of any dwellings or the buying and selling of land.

Since August of 2012 Mr. Pappas' involvement in construction and development has been limited to providing advice regarding road placement, house placement, and similar logistical issues to homeowners and small developers.

14. Identify any businesses you have run or participated in from August 1, 2012 to the present, and, for each on, describe the business activities, the dates you operated said business and how much revenue each business generated.

Normandies Park LLC has owned and maintained the rental properties listed above since August of 2012.

15. Provide each address at which you have resided from August 1, 2012 to the present and the dates that you lived at each address. Identify the owner of each property at which you resided and provide the name, address and phone number of anyone who lived with you.

66 Medawisla Way, Roxbury, ME – intermittently (all times other than listed below) – Jennifer Fay, address unknown – no contact information available.

South Guthrie Rd., Golden Valley AZ – fall of 2015 -- Niomi Anaya – no contact information available.

123 (?) Wyman Hill Rd., Andover ME – 2012 – Laurie Farrington – no contact information available.

4

See response to interrogatory 1, above. Additionally, Mr. Pappas borrows a car and a truck from friends as needed.

## VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared Charles Pappas, who being by me duly sworn upon her oath deposed and said she has read the foregoing interrogatories and responses and that the statements contained therein are within her personal knowledge true and correct.

_____
Charles Pappas

SUBSCRIBED AND SWORN TO BEFORE ME, _Charles Pappas_ this _29th_ day of _September_, 20_16_.

_____
NOTARY PUBLIC   RENEE A. HODSDON

My commission expires: _April 2, 2017_