**EXHIBIT B**

# Greg Kirschner

| | |
|---|---|
| **From:** | James P Maguire <James_Maguire@fd.org> |
| **Sent:** | Sunday, November 13, 2016 10:59 AM |
| **To:** | Greg Kirschner |
| **Subject:** | Charles Pappas disclosure |
| **Attachments:** | 16.11.13_Pappas_RFP_Disclosure.pdf |

Greg,

I am writing to provide an update to Mr. Pappas' disclosures. Contrary to Mr. Pappas' initial response to Interrogatory 11, he has disclosed that he does maintain a bank account. As of 11/4/16 the account had a negative balance of $65.21. I am attaching a transaction log which includes transactions dating from May of 2015 to 11/4/16. The documents are Bates marked 0024-0032. These documents are being provided solely for use in connection with this case; as these documents contain Mr. Pappas' personal financial information, they are not to be distributed to any third party, and any filing of these should be made under seal. If you disagree with these conditions please let me know immediately so I can seek a protective order.

Between 8/30/16 and 9/22/16, there are several significant withdrawals and deposits. Mr. Pappas indicated to me that he was involved in a repair/construction job and that he was the point of contact with the client so received checks from the client for the full cost of the job. Mr. Pappas, however, was not the person principally responsible for performing the work, and he retained only a portion of the fee as reflected by the subsequent withdrawals.

Mr. Pappas also confirmed that he did receive a disbursement of approximately $1,700 from the bankruptcy estate. He has agreed to pay this money in full to Ms. Parris as partial satisfaction of the judgment within 30 days of today.

Best,
James

*(See attached file: 16.11.13_Pappas_RFP_Disclosure.pdf)*

James P. Maguire
Assistant Federal Defender
Federal Defender Office
265 Church Street, Suite 702
New Haven, CT 06510
Phone: 203-654-3034
Fax:  203-498-4207

http://ct.fd.org
James_Maguire@fd.org

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.