**EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Donna Parris | : | Civil Action No.: 3:10-1128 (WWE) |
| | : | |
| v. | : | |
| | : | |
| Charles Pappas, Robin Delaney, | : | |
| Anna Alexis, LLC, and Normandies Park, | : | |
| LLC | : | |
| | : | |
| Defendants | : | November 16, 2016 |

**PLAINTIFF'S DEBTOR INTERROGATORIES AND**
**REQUESTS FOR PRODUCTION OF DOCUMENTS**

Plaintiff Donna Parries, through counsel, propounds the following Debtor Interrogatories and Requests for Production to Charles Pappas. Answer the following interrogatories and produce the documents requested within 30 days of service at the office of the Connecticut Fair Housing Center at 221 Main Street, 4th Floor, Hartford, CT 06106, in accordance with Local Rule 26.

**INTERROGATORIES**

1. State whether Key Express Checking Account No. 190462003681 ("Key Bank Account") is the only bank account you have used from January 1, 2012 to the present. If it is not, identify any other account used, the dates you used it, whether it was opened in your name or in the name of another person and provide that person's name and relationship to you.

    **RESPONSE:** *The Key Bank is the only bank account I have had.*

2. How did you come to be the guarantor for the purchase of 27 Farmer's Hill Road? What were your qualifications to be a guarantor? Who was the purchaser and what is your relationship to him/her? What was the purchase amount? Who was the seller? Was a down-payment made and who made it? Is there a monthly payment due on the property? Who pays it? What is your relationship to 27 Farmer's Hill Road?

**RESPONSE:**
*The property was purchased by Farmer's Hill Trust, the trustee of which is Julie Webber, my girlfriend, and the beneficiary of which is Ms. Webber's daughter. The property was purchased from a Mr. and Mrs. Shaffer (possibly Bob and Jean). I am not certain of the purchase price but believe it was approximately $27,000, with a $1,000 down payment and $600 monthly payment. I served as guarantor because I wanted to help my girlfriend and the seller wanted an additional person to be made liable for payment.*

3. What is Farmer's Hill Trust? Who established it? When was it established and for what purpose? Were you involved in creating it? What is your relationship to Farmer's Hill Trust? Describe any business done in the name of the trust including, but not limited to, real estate rental, development sales and acquisitions. Identify the trustee(s) of the trust and his/her/their relationship to you.

**RESPONSE:**   *See response to Question 2. I have no relationship with Farmer's Hill Trust.*

4. Describe in detail the work you have done as a handyman and in planning for residential real estate development. State for whom you have worked, when, the work performed, the amounts you were paid, and how payment was made to you.

**RESPONSE:**

*I work as a handyman and fix simple things around a house such as frozen or broken pipes, small electrical issues, painting, and other minor repairs. I have not worked for anybody since a week before Thanksgiving. The main people I have worked for are as follows:*

<u>*Dean Weeks, Bethel Maine*</u>*: Mr. Weeks pays me $15/hr in cash to perform light carpentry, electrical, and plumbing work done on multiple properties.*
<u>*Phil Smith, Andover Maine*</u>*: Mr. Smith pays me $10/hr in cash to fix anything in his multiple properties, including fixing doors and locks, painting, repairing and flooring bathrooms and making other repairs.*
<u>*Laurel Stevens, Roxbury Maine*</u>*: Ms. Stevens has paid me $15/hr in cash for insulating, painting, and assisting with other problems she has in her house.*
<u>*Julie Webber, Roxbury, Maine*</u>*: Ms. Webber pays me $10/hr and in cash to fix her house on Farmers Hill. I have painted the house, fixed a bathroom, and put new floors in some rooms.*
<u>*Jim Manson, Roxbury, Maine*</u>*: Mr. Manson and I have worked together on multiple properties for his customers performing maintenance and repair work and simple carpentry, plumbing, and electrical work. He pays me $10/hr in cash.*

*I have worked in planning with Bob Clifford in planning out a large campground on 140 acres over the course of the past 3 years. He paid me approximately $4,000 to $5,000 in cash during this time. Last July he died.*

*I also worked in planning out a maple syrup operation with Jeff Patenaud on his property. I cannot recall exactly how much he paid me. He paid approximately $400.00 in cash and 3 cords of firewood.*

15. Do you own or have use of any cars, trucks, or other motor vehicles? Does anyone lend you use of such vehicles? If so, describe each vehicle and provide the name and address of the owner.

**RESPONSE:**

*I do not own any vehicles. I have access to a Chevy pickup truck and a Nissan car owned by Julie Webber who lives on Roxbury Notch Rd. in Roxbury, ME. (I anticipate Ms. Webber will reside with me beginning January 1, 2017.)*

*I also have access to a Dodge Truck owned by a friend Jim Manson who lives on Main Street in Roxbury, ME.*

VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared Charles Pappas, who being by me duly sworn upon his [her] oath deposed and said he [she] has read the foregoing interrogatories and responses and that the statements contained therein are within his [her] personal knowledge true and correct.

_____
Charles Pappas

SUBSCRIBED AND SWORN TO BEFORE ME, Renee A. Hodson / Notary Public  this 5th day of January, 20 17.

_____
NOTARY PUBLIC
My commission expires: April 2, 2017