**EXHIBIT D**

LAW OFFICES OF
# PAUL R. DUMAS, JR., LLC
225 RIVER ROAD, LOT NO. 3
MEXICO, MAINE 04257-1833
dumaslaw@roadrunner.com

FAX
207-364-2727

TELEPHONE
207-369-0101

February 9, 2017

To whom it may concern,

    My name is Paul R. Dumas Jr. I am a member of the Maine Bar. My Bar identification is #1481. I have read "The Farmers Hill Revocable Trust" dated August 27, 2014 and can report the following: Charlie Pappas is not a grantor, trustee or beneficiary of said Trust. Nor is he is mentioned anywhere in the language of said Trust.

Very truly yours,

Paul R. Dumas Jr., Esq.

PRD: kb