**EXHIBIT E**

## Greg Kirschner

| | |
|---|---|
| **From:** | James P Maguire <James_Maguire@fd.org> |
| **Sent:** | Monday, June 19, 2017 1:31 PM |
| **To:** | Greg Kirschner |
| **Subject:** | RE: Pappas |

Greg,

Mr. Pappas has informed me that he has requested the trust documents from his girlfriend and she has refused to provide them to him.

Best,
James

James P. Maguire
Assistant Federal Defender
Federal Defender Office
265 Church Street, Suite 702
New Haven, CT 06510
Phone: 203-654-3034
Fax:  203-498-4207

http://ct.fd.org
James_Maguire@fd.org

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

Greg Kirschner ---06/15/2017 07:05:03 PM---James: Mr. Pappas was able to get the lawyer who created the trust to send this letter.  He can ask

From: Greg Kirschner <greg@ctfairhousing.org>
To: James P Maguire <James_Maguire@fd.org>
Date: 06/15/2017 07:05 PM
Subject: RE: Pappas

---

James:

Mr. Pappas was able to get the lawyer who created the trust to send this letter.  He can ask him to send the trust documents if Mr. Pappas doesn't have them or his girlfriend with whom, upon information and belief he lives with, can't hand them to him.

If he isn't going to turn them over, please just let me know so I can file my motion.

Thanks,

Greg