UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DONNA PARRIS                                    :

v.                                                          :        CIV. NO. 10-CV-01128 (WWE)

CHARLES PAPPAS ET AL.                    :        August 22, 2017

### STATEMENT OF NORMANDIES PARK INCOME AND EXPENSES

    The defendant, Charles Pappas, respectfully submits the attached accountings of income and expenses relating to the Normandies Park mobile home park for the months of July and August, 2017, pursuant to the Court's Order of January 14, 2016 (DE #248).

Respectfully submitted,

THE DEFENDANT,
Charles Pappas

OFFICE OF THE FEDERAL DEFENDER

Dated: August 22, 2017

/s/ James P. Maguire
James P. Maguire
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29355
Email: James_Maguire@fd.org

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 22, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James P. Maguire
James P. Maguire

1

Rents and expense

Normandies Mobile Home Park
july 2017

Rents

Unit 1
Unit 2
Unit 4
Unit 5      july $395.
Unit 6
Unit 7

| | |
|---|---|
| Total | $395 |

Expenses

| | |
|---|---|
| Rubbish Removal | $229.83 |
| Electric | $95.67 |
| Phone | $54.00 |
| Sewer | |
| Supplies | |
| Road maintenance | |
| Plowing | |
| july Balance | $3465.58 |

| | |
|---|---|
| Total | $ -3845.08 |

Rents and expense

Normandies Mobile Home Park
August 2017

Rents

Unit 1
Unit 2
Unit 4
Unit 5      Aug  $395.
Unit 6
Unit 7
_____
Total                $395

Expenses

Rubbish Removal    $233.11
Electric
Phone                  $54.00
Sewer   unit 2        $260.00
Supplies
Road maintenance    $400,00
Plowing
August Balance       $3465.58
_____

Total              $ -4017.11