UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA PARRIS | : | |
| v. | : | CIV. NO. 10-CV-01128 (WWE) |
| CHARLES PAPPAS ET AL. | : | October 12, 2017 |

## MOTION TO RECONSIDER OR MODIFY RECOMMENDED ORDER ON MOTION FOR CONTEMPT

Pursuant to District of Connecticut Local Rule 7(c) and Rule 59 of the Federal Rules of Civil Procedure, Defendant respectfully moves that the Court reconsider and modify in a limited respect its order concerning the payment schedule set forth in the order to reflect the factual developments outlined below not taken into account in the Order.

On October 5, 2017, the Court (Fitzsimmons, MJ) issued a recommended ruling and order recommending that Mr. Pappas be required to make monthly payments of $800 towards the judgment owed in this case. The order further specified that "[s]hould plaintiff begin to receive rental income from Normandies Park, defendant may offset the $800 monthly payment to reflect any amount tendered from the Normandies Park stream of income." DE #312.

At the time of the August 29, 2017, hearing in this matter, Mr. Pappas was engaged in ongoing efforts to sell the Normandies Park trailer park and adjacent properties in a transaction that contemplated that the purchaser of the property would make payments to Plaintiff in an undetermined amount of between $400 and $500 per month for a period of five years. It appears that these contemplated payments are the "Normandies Park stream of income" referenced in the recommended ruling.

1

Subsequent to the hearing, Mr. Pappas concluded the sale of the properties. The proceeds of that sale, $28,000, were provided to Plaintiff in a single lump sum payment. A copy of the payment check, dated October 5, 2017, is attached as **Exhibit 1**.

This lump-sum payment, made the same day that the Court issued its recommended ruling, resulted in a single substantial payment rather than a slower "stream of income" as contemplated by the order. This payment of $28,000 is equivalent to monthly payments of $466 for five years. In order to effectuate the intent of the Court's order in light of the factual development not known to the Court at the time of the Order, Defendant respectfully requests that the payment schedule of $800 per month be modified to reflect this payment, resulting in a monthly payment due of $334.

Defendant further notes that the recommended order states that Mr. Pappas has not provided his 2017 bank records to Plaintiff as required by the Court's January 19, 2016, Order. *See* DE #312 at 11. These bank records were provided to Plaintiff on September 29, 2017. A copy of these records are filed separately under seal as **Exhibit 2**.

          Respectfully submitted,

          THE DEFENDANT,
          Charles Pappas

          OFFICE OF THE FEDERAL DEFENDER

Dated: October 12, 2017        /s/ James P. Maguire
          James P. Maguire
          Assistant Federal Defender
          265 Church Street, Suite 702
          New Haven, CT 06510
          Phone: (203) 498-4200
          Bar No.: ct29355
          Email: James_Maguire@fd.org

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on October 12, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ James P. Maguire
                                      James P. Maguire

# EXHIBIT 1

**OFFICIAL CHECK**  **Customer Copy**

797 - Danielson
Danielson, Connecticut

Date 10/05/2017

Remitter  MR DAVID SCOTT HEAP

Pay To The Order Of  CT FAIR HOUSING TRUSTEE FOR DONNA PARIS    $  28,000.00  ***

Drawer: KeyBank

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

FORM NO. 80-0811-T21 (4/0

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**OFFICIAL CHECK**   62-20/311

797 - Danielson
Danielson, Connecticut

Remitter  MR DAVID SCOTT HEAP    Date 10/05/2017

Pay To The Order Of  CT FAIR HOUSING TRUSTEE FOR DONNA PARIS    $  28,000.00  ***

Pay:  TWENTY EIGHT THOUSAND DOLLARS AND 00 CENTS

Drawer: KeyBank

Issued by: Citibank N.A. One Penn's Way, New Castle, DE 19720
For information about this instrument, call: 1-888-556-5142

AUTHORIZED SIGNATURE

Memo:  Normandies Park

# EXHIBIT 2

# EXHIBIT FILED UNDER SEAL